Robert M. Lloyd
1505 West Cumberland Avenue
Knoxville, Tennessee 37996-1810



February 14, 2014

Re: D'Avanzo v. Copper Cellar

## Statement

Services in connection with the above case:

    Analysis of Professor Bohm's Report
    Review of deposition and other documents
    Research concerning rates of wage inflation
    Telephone conferences with Ms. Carrasco
    Preparation of Expert Report

Total Hours . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12.0
Hourly Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00

    AMOUNT DUE : $3,000.00

# Robert M. Lloyd
# 1505 West Cumberland Avenue
# Knoxville, Tennessee 37996-1810

May 2, 2014

Re: D'Avanzo v. Copper Cellar

## Statement

Services in connection with the above case:

    Analysis of Professor Bohm's deposition
    Analysis of plaintiff's deposition
    Research re remedies
    Preparation of memo re Daubert hearing
    Conference with Ms. Carrasco
    Preparation of Expert Report

Total Hours .................................................... 7.5
Hourly Rate ................................................. $250.00

    AMOUNT DUE: $1,875.00